UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAYLE CARMICHAEL and
ROBERT CARMICHAEL,

        Plaintiffs,

v.

NEW ENGLAND COMPOUNDING
PHARMACY, INC.,

        Defendant.
        _____/

CASE NO. 12-15241

HONORABLE GERALD E. ROSEN

**ORDER OF ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY**

      The parties have informed the Court that Defendant New England Compounding Pharmacy, Inc. has filed for bankruptcy protection under Chapter 11. Accordingly, this matter is stayed pursuant to 11 U.S.C. § 362(a)(1). Because the stay may be in effect for a substantial period of time, the Court concludes that there is no reason for the case to remain active and, accordingly, instructs the Clerk of Court to administratively close the case for statistical purposes only. Nothing contained in this order shall be considered a disposition on the merits; should further proceedings become necessary or desirable, this case may be reopened on the motion of any party within 30 days of the removal of the bankruptcy stay.

      SO ORDERED.

Dated:  January 7, 2013

        s/Gerald E. Rosen
        Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 7, 2013, by electronic and/or ordinary mail.
15241

        s/Julie Owens
        Case Manager, (313) 234-5135